STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

DIEGO CARRASQUILLO RODRIGUEZ   Case No. 11-00347-BKT

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [ ] Present | [ ] Absent |

[ ] Pro-se
[✓] Substitute _Michelle Vega, Esq_

Date: February 25, 2011
Time: 1:30pm    Track: N/R
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: 0
Creditors
— None —

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
 [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _07-09_ [ ] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [ ] Closed    [ ] Not Held    [✓] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[✓] UNFAVORABLE

_Held open for 15 days pursuant to § 1308. Meeting will be then closed. March 14, 2011_

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
 [ ] State - years _____
 [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
 [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
 [ ] Incomplete    [ ] Missing
 [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
 [ ] Missing    [ ] More than 180 days
 [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

DIEGO CARRASQUILLO RODRIGUEZ

Case No. 11-00347-BKT

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

**VI. Plan** (Cont.)
Date: January, 21, 2011  Base $ 10,500.00  [X] Filed  Evidence of Pmt shown: _____
Payments / made out of ___ / due.  [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 1, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 246.00 = $ 2,754.00

**IX. Documents to be provided w/in ___ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by:
_____
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Debtor to clarify why employer is withholding $364⁰⁰, when it should be 303⁰⁰. Debtor alleges he no longer has arrears.
② Debtor to provide evidence of paystubs for 1st week of January.

Trustee/Presiding Officer

Date: February 25, 2011
(Rev.